IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GREGORY P. CORTELLESSA | : | Chapter 7 |
| Debtor | : | Bankruptcy Case No. 05-24258REF |

| | | |
|---|---|---|
| GREGORY P. CORTELLESSA, | : | |
| Debtor/Plaintiff/Defendant | : | Adversary No. 07-2104REF |
| v. | : | Consolidated with Adversary |
| LEE C. BUKOWSKI f/k/a LEE C. | : | No. 07-2100REF |
| CORTELLESSA, | : | |
| Defendant/Plaintiff | : | |

## ORDER OF RECUSAL

AND NOW, this 6th day of May, 2008, upon my consideration of the above consolidated adversary proceedings and upon my recognition of a conflict in my hearing the above disputes,

IT IS HEREBY ORDERED that the above-captioned consolidated adversary proceedings shall be transferred to the Philadelphia Division of this Court to be assigned to another judge and that this case be assigned new case number  08- 06107.

BY THE COURT

_____
Richard E. Fehling
United States Bankruptcy Judge

